UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAMON POWELL (01), )<br>)<br>Defendant. ) | Cause No. 1:16-cr-00152-JMS-MJD |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Paul R. Cherry's Report and Recommendation dkt [82] recommending that Damon Powell's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Cherry's Report and Recommendation dkt [82]. The Court finds that Mr. Powell committed Violation Numbers 2, 3, and 4 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [74]. The Court dismisses Violation Numbers 1 and 5 at dkt [74]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Powell is sentenced to the custody of the Attorney General or his designee for a period of thirty (30) months and with no supervised release to follow.

Date: 8/24/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal